```
TIFFANY & BOSCO
    P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
```

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: May 12, 2011**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-10380

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Manuelita Chavez<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br><br>Manuelita Chavez, Debtor, David A. Birdsell, Trustee.<br><br>        Respondents. | No. 2:11-bk-09732-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #18) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 10, 2006 and recorded in the office of the Horry County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Manuelita Chavez has an interest in, further described as:

> ALL AND SINGULAR, all that certain picce, parcel or lot or land, together with improvements thereon, lying and being situate in Myrtle Beach, Horry County, South Carolina, being further described as Lot 210 or Phase 2-B, Palmetto Glen Subdivision, being more particularly shown and described on a "Final Plat of Palmetto Glen P.U.D., Phase 2-B" made by Culler Land Surveying Co., Inc., dated April 2, 2004 and recorded May 27, 2004 in Plat Book 197 at Page 183, Office of the Register of Deeds for Horry County, South Carolina, reference to which is craved hereto as forming a part and parcel hereto
>
> THIS CONVEYANCE is made subject to all easements and restrictions of record including the Declaration or Covenants, Restrictions and Easements for Palmetto Glen recorded August 10, 1999 in Deed Book 2175 at Page 72, as amended, and to that Master Declaration of Covenants, Conditions and Restrictions tor Palmetto Pointe recorded August 22, 1997 in Deed Book 1967 at Page 788, aforesaid records. Also, subject to Sixth Amendment or Declaration of Covenants, Restrictions and Easements for Palmetto Glen recorded December 7,2005 in Deed Book 3019 at Page 0272 in the Office or the Register or Deeds tor Horry County, South Carolina.
>
> Being the same lands and premises as were conveyed to Barry J. Levitch and Manuelita Chavez by Deed from Centex Homes, a Nevada General Partnership dated March 15-, 2006 and recorded in Deed Book 3003 at Page 987 of the public records or Horry County,
> South Carolina.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.